UNITED STATES of America,
Plaintiff–Appellee,

v.

Pedro TREJO–JIMENEZ,
Defendant–Appellant.

No. 02–41687.

United States Court of Appeals,
Fifth Circuit.

Aug. 19, 2003.

. Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM.*

Pedro Trejo–Jimenez appeals from the district court's order denying his motion for modification. Although Trejo–Jimenez cites to various Sentencing Guidelines provisions, he fails to identify any statute or rule that authorizes his motion for modification. Trejo–Jimenez has filed a meaningless, unauthorized motion, which the district court should have dismissed for lack of jurisdiction. *See United States v. Early,* 27 F.3d 140, 142 (5th Cir.1994). This court affirms the judgment on this alternative basis. *See id.*

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.